IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROHEN CAMPBELL,

    Petitioner,

v.                                              CASE NO.: 4:12cv500-SPM/CAS

ERIC H. HOLDER, JR. et al.,

    Respondent.

_____/

## **ORDER**

This cause comes before the Court upon Magistrate Judge's report and recommendation (doc. 3) dated September 28, 2012. Petitioner was furnished a copy and has filed objections (doc. 4).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. The Court agrees with the Magistrate Judge's analysis. Accordingly it is

ORDERED AND ADJUDGED:

1.    The Magistrate Judge's report and recommendation (doc. 3) is adopted and incorporated by reference in this order.

2.    This petition for writ of habeas corpus, filed pursuant to 28 U.S.C. §

2241 is dismissed.

3. The clerk shall close this case.

DONE AND ORDERED this 24th day of October, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge